UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ROBERT DANZA,

                         Plaintiff,

    -against-

THE HOME DEPOT and HOME DEPOT U.S.A., INC.,

                         Defendant.
-----------------------------------------------------------------x

Docket No.:

**JURY DEMAND**

      **PLEASE TAKE NOTICE**, that the undersigned demands a trial by jury on all issues.

Dated:    New York, New York
           April 25, 2024

                                                  Yours, etc.

                                                  STRONGIN ROTHMAN & ABRAMS, LLP

                                                  _____
                                                  Howard F. Strongin, Esq.
                                                  Attorneys for Defendant
                                                  HOME DEPOT U.S.A., INC. i/s/h/a THE HOME DEPOT and
                                                  HOME DEPOT U.S.A., INC.
                                                  80 Pine Street, 10th Floor
                                                  New York, NY 10005
                                                  (212) 931-8300
                                                  hstrongin@sralawfirm.com

TO:

GRUENBERG KELLY DELLA
KATHERINE CUTRONE ESQ.
Attorneys for Plaintiff
ROBERT DANZA
700 Koehler Avenue
Ronkonkoma, N.Y. 11779
(631) 737-4110